## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-Civ-20075-COOKE/TORRES

BACARDI U.S.A., INC.,

      Plaintiff,

vs.

PREMIER BEVERAGE COMPANY, LLC,
CHARMER INDUSTRIES, INC. d/b/a
THE CHARMER SUNBELT GROUP,
SUNBELT HOLDINGS, INC. d/b/a
THE CHARMER SUNBELT GROUP, and
BREAKTHRU BEVERAGE GROUP, LLC
f/k/a THE CHARMER SUNBELT GROUP,

      Defendants.

_____/

### ORDER OF DISMISSAL

      THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   *See* Not. Vol. Dismissal Without Prejudice, ECF No. 23. Each party shall bear its own costs and attorney's fees.

      The Clerk shall **CLOSE** this matter.  All pending motions, if any, are **DENIED** *as moot*.

      **DONE and ORDERED** in Chambers, in Miami, Florida, this 26th day of February 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*